UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS TOOLEY, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 4:18-CV-00224-RLW |
| v. | ) |
| | ) |
| LINDMARSH, LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Dennis Tooley and Defendant, Lindmarsh, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to dismiss Defendant Lindmarsh, LLC from this matter, and the case in its entirety, with prejudice, with the parties to bear their own costs of suit.

Dated: July 25, 2018

Respectfully Submitted,                          Respectfully Submitted,

/s/ Jeff S. Keech                                /s/ Kyle P. Lane
Jeff S. Keech, MO #56100                         Sarah J. Klebolt, #60849MO
The Law Offices of Jeff Keech                    Kyle P. Lane, #66028MO
Chesterfield, MO  63017                          CARMODY MacDONALD P.C.
Telephone: (314) 576-9989                        120 S. Central Ave.
Facsimile: (305) 891-4512                        St. Louis, Missouri 63105
jeffkeech@yahoo.com                              Telephone:  (314) 854-8694
                                                 Facsimile:  (314) 854-8660
                                                 kpl@carmodymacdonald.com
                                                 sjk@carmodymacdonlad.com

{15829/00003/2312309.DOCX.}