**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DENNIS TOOLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:18CV224 RLW |
| LINDMARSH, LLC, | ) ) ) |
| Defendant. | ) ) |

**ORDER OF DISMISSAL**

Pursuant to the Joint Stipulation for Dismissal filed by the parties (ECF No. 20),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own costs.

Dated this 26th day of July, 2018.

_Ronnie L. White_
**RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE**